UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60322-Civ-WILLIAMS

MARIA LORA PEREZ, and all others
similarly situated,

    Plaintiff,

vs.

AIRCOM MANAGEMENT CORP., INC. and
DINAH A. DARCY,

    Defendants.
_____/

## ORDER

This MATTER is before the Court upon a *sua sponte* review of the record. On June 5, 2012, this Court entered an Order requiring the Parties to submit a Joint Scheduling Report by no later than 5:00 p.m., June 22, 2012 [D.E. 14]. That deadline has passed, and no such Report has been submitted. Accordingly, the Parties are **ORDERED TO SHOW CAUSE** by no later than **5:00 p.m., July 3, 2012**, as to why no such report has been filed. When that Report is filed, the Court will set appropriate deadlines for mediation. Accordingly, Defendant's motion to compel mediation [D.E. 22] is **DENIED AS MOOT**. The Defendants' motion for an extension of time [D.E. 18] is also **GRANTED** *nunc pro tunc*; accordingly, AirCom's Answer [D.E. 10] and Darcy's Motion to Dismiss [D.E. 12] are deemed timely filed.

DONE AND ORDERED in chambers in Miami, Florida, this ____ day of June, 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE