UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-60322-Williams/Seltzer

MARIA LORA PEREZ,
and all other similarly situated,

    Plaintiff(s).

v.

AIRCOM MANAGEMENT CORP., INC.
and DINAH A. DARCY,

    Defendants.
_____/

## DEFENDANTS' FACT WITNESS LIST

Defendants, Aircom Management Corp., Inc. and Dinah A. Darcy, file their Fact Witness List as follows:

1.   **Maria Lora Perez,** Plaintiff - c/o FairLaw Firm

   Maria Lora Perez has knowledge regarding her employment with Defendants, the terms and conditions of her employment with Defendants, the nature and extent of control over her employment retained and exercised by Defendants, the type of work she performed for Defendants, her hours worked, the pay she received from Defendants, the type of business engaged in by the Defendants, and other issues raised by the pleadings.

2.   **Dina Darcy, Defendant** - c/o Hermelee & Geffin, LLC

   Ms. Darcy is believed to have knowledge of Plaintiffs employment with Defendants, the employment and time records made and kept by Defendants (if any), Defendants' gross annual revenues, the general business of Defendants, the other records made and kept by Defendants relating to the time when Plaintiff worked and/or was subject to work for Defendants, the policies and procedures of Defendant as they related to payment, overtime wage payments, the pay, pay rate, and deductions from Plaintiffs pay, the paychecks written to Plaintiff for all time worked, the (mis)classification of Plaintiff as a 1099 independent contractor of Defendants, and other information relevant to the issues raised by the pleadings.

3. **Andre Gomez** - Plaintiffs supervisor/employee of Defendant, Aircom Management Corp., Inc. c/o Hermelee & Geffin, LLC

    Andre Gomez is believed to have knowledge of the job functions performed by Plaintiff, the nature, extent, and degree of control retained over Plaintiff, the hours Plaintiff was required to work, the days Plaintiff was required to work, the type of work Plaintiff was required to perform, and he may have other information relevant to the issues raised by the Pleadings.

4. **Designated Representative(s), Aircom Management Corp., Inc.** - c/o Hermelee & Geffin, LLC

    The 30(b)(6) representative(s) of Aircom Management Corp., Inc., is believed to have knowledge of Plaintiffs employment with Defendants, Defendants' gross annual revenues, the general business of Defendants, payroll records, accounting records, pay and payroll practices, the type of work performed by Defendants' current and former employees, the nature, existence, and degree of specificity of time records made and/or kept by Defendants, the way that Defendants paid Plaintiff and Defendants' other employees, the other records made and kept by Defendants relating to the time when Plaintiffs worked and/or were subject to work for Defendants, the policies and procedures of Defendant as they related to payment, payment of minimum wages, payment of overtime wages, and other information relevant to the issues raised by the pleadings.

5. **Patricia A. Porco,** c/o Hermelee & Geffin, LLC

    Ms. Porco has personal knowledge concerning payments made by Defendant, and tips routinely and regularly earned by Plaintiff.

6. **Norman Levine,** c/o Ribotsky Levine & Company, 901 NE 125 St., N. Miami, Florida 33161

    Mr. Levine has personal knowledge concerning Plaintiff's employment, Plaintiff's employment status, Plaintiff's treatment as an independent contractor, Plaintiff's tips, Plaintiff's obligations to file US. Income Tax Returns, Plaintiff's obligations to report income, and Plaintiff's tip credit.

7. **Ivan Naranjo**, address unknown

    Mr. Naranjo has personal knowledge concerning Plaintiff's employment, Plaintiff's employment status, Plaintiff's treatment as an independent contractor, Plaintiff's tips, Plaintiff's obligations to file US. Income Tax Returns, Plaintiff's obligations to report income, and Plaintiff's tip credit.

Case No. 12-CV-60322-Williams/Seltzer<br>PAGE 3

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through the CM/ECF filing system e-mailed and e-mailed this 10th day of September, 2012, to Brian H. Pollock, Esq., FairLaw Firm, 9100 S. Dadeland Blvd., Ste. 1010, Miami, Florida 33156.

Respectfully submitted,

**HERMELEE & GEFFIN, LLC**
*Attorneys for Defendants*
101 Northeast 3rd Ave, Ste. 1110
Ft. Lauderdale 33301
Office: 954-764-4445
Fax: 954-764-4989

By: /s/_____
    ALAN G. GEFFIN
    Florida Bar No. 780006