UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-60322-KMW

MARIA LORA PEREZ,
And all others similarly situated,

    Plaintiff(s),

vs.

AIRCOM MANAGEMENT CORP., INC., and
DINAH A. DARCY,

    Defendants.
_____/

## **PLAINTIFF'S WITNESS LIST**

Plaintiff, Maria Lora Perez, discloses the following witnesses pursuant to the Court's Order [DE 34]:

1. **Maria Lora Perez**, Plaintiff – c/o FairLaw Firm

2. **Dina Darcy**, Defendant – c/o Hermelee & Geffin, LLC

3. **Andre Gomez** – Plaintiff's supervisor / employee of Defendant, Aircom Management Corp., Inc. c/o Hermelee & Geffin, LLC

4. **Designated Representative(s), Aircom Management Corp., Inc.** – c/o Hermelee & Geffin, LLC

5. Other persons to be identified through discovery.

6. All witnesses identified in the documents exchanged in discovery.

7. All co-workers identified in the discovery documents from Defendants.

8. All persons with knowledge identified in the discovery responses of Defendants.

9. All persons with knowledge identified in deposition transcripts in this case.

10. All persons giving deposition testimony used or taken by any party in this case.

1

11.  All persons verifying documents in this case.

12.  All witnesses disclosed by Defendants.

13.  All rebuttal witnesses.

14.  All impeachment witnesses, as necessary.

15.  Plaintiff reserves the right to amend her Witness List as discovery is ongoing.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was by email and by U.S. Mail on this 10th day of September, 2012, on Alan G. Geffin, Esq., *counsel for Defendants*, Hermelee & Geffin, LLC, 101 N.E. 3rd Ave., No. 1110, Ft. Lauderdale, FL 33301 ageffin@hermeleegeffin.com.

> FAIRLAW FIRM
> *Attorney for Plaintiff*
> 9130 S. Dadeland Blvd., Suite 1500
> Miami, FL 33156
> Tel:   305.230.4884
> Fax:   305.230.4844
>
> s/*Brian H. Pollock, Esq.*
> Brian H. Pollock, Esq.
> Fla. Bar No. 174742
> brian@fairlawattorney.com

2

9130 S. Dadeland Blvd., Suite 1500, Miami, Florida 33156
TEL 305.230.4884   FAX 305.230.4844
brian@fairlawattorney.com www.fairlawattorney.com