UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-60322-Williams/Seltzer

MARIA LORA PEREZ,
and all other similarly situated,

      Plaintiff(s).

v.

AIRCOM MANAGEMENT CORP., INC.
and DINAH A. DARCY,

      Defendants.
_____/

## DEFENDANTS' SUPPLEMENTAL FACT WITNESS LIST

Defendants, Aircom Management Corp., Inc. and Dinah A. Darcy, supplement their Fact Witness List as follows:

1. Any persons identified during any deposition of this cause.

2. Any persons identified in a Notice of Taking Deposition.

3. Any persons identified through discovery requests.

4. Any persons identified on Plaintiff's Witness List and all rebuttal witnesses.

5. All impeachment witnesses, as necessary.

6. Defendants reserve the right to amend their Fact Witness List as discovery is ongoing.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through the CM/ECF filing system e-mailed and e-mailed this 11th day of September, 2012, to Brian H. Pollock, Esq., FairLaw Firm, 9100 S. Dadeland Blvd., Ste. 1010, Miami, Florida 33156.

Respectfully submitted,
**HERMELEE & GEFFIN, LLC**
*Attorneys for Defendants*
101 Northeast 3rd Ave, Ste. 1110
Ft. Lauderdale 33301
Office: 954-764-4445
Fax: 954-764-4989

By: /s/_____
    ALAN G. GEFFIN
    Florida Bar No. 780006