UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60322-CIV-WILLIAMS/SELTZER

MARIA LORA PEREZ,

    Plaintiff,

vs.

AIRCOM MANAGEMENT CORP.,INC.
and DINAH A. DARCY,

    Defendants.
_____/

ORDER ON PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Documents Responsive to Her Requests for Production and Motion to Overrule Defendants' Objections (DE 55). Defendants response to the Motion was due on October 1, 2012. Defendants have failed to respond to the Motion, and they did not request an extension of time to do so. Accordingly, it is hereby ORDERED as follows:

    1.    Plaintiff's Motion to Compel Documents Responsive to Her Requests for Production and Motion to Overrule Defendants' Objections (DE 55) is GRANTED by default. See Local Rule 7.1(c).

    2.    On or before November 8, 2012, Defendants shall produce all documents responsive to Request Nos. 1, 2, 3, 5, 7, 8, 9, 10, 11, 12, 18, 19, 20, 21, 27, 28, 29, 30, 39, 40, and 41 (which they agreed to produce in their response to these Requests).

    3.    Defendants objections to the remaining Requests at issue are OVERRULED. On or before November 8, 2012, Defendants shall produce all documents responsive to

Request Nos. 13, 14, 15, 16, 33, 34, 43, 44, and 45.

      4.      When a court grants a motion to compel discovery, Federal Rule of Civil Procedure 37(a)(5)(A) mandates that the court require the party whose conduct necessitated the motion to pay the reasonable expenses, including attorney's fees, incurred in making the motion, unless the opposing party's non-disclosure, response, or objection was substantially justified or circumstances make an award of expenses unjust. As Defendants have failed to respond to the instant Motion, the Court cannot find that Defendants' objections to the Requests were substantially justified or that circumstances would make an award of attorney's fees unjust. Accordingly, within 60 days of the date of this Order, Defendants shall pay to Plaintiff $250 to help defray the attorney's fees incurred in bringing the instant Motion.

      DONE AND ORDERED in Fort Lauderdale, Florida, this 25th day of October 2012.

*/s/ Barry S. Seltzer*
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record