UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-60322-KMW

MARIA LORA PEREZ,
And all others similarly situated,

    Plaintiff(s),

vs.

AIRCOM MANAGEMENT CORP., INC., and
DINAH A. DARCY,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Maria Lora Perez, notifies the Court that the parties have settled their dispute and are in the process of executing the written Settlement Agreement and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 3rd day of January, 2013, which will effect service on Gary A. Costales, Esq., costalesgary@hotmail.com, *counsel for Defendants*, Law office of Gary A. Costales, P.A., 1200 Brickell Ave., Suite 1230, Miami, Florida 33131, and on all others who appear in this action.

        FAIRLAW FIRM
        9130 S. Dadeland Blvd., Suite 1500
        Miami, FL 33156
        Tel:   305.230.4884
        Fax:   305.230.4844

        *s/Brian H. Pollock, Esq.*
        Brian H. Pollock, Esq.
        Fla. Bar No. 174742
        brian@fairlawattorney.com